## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

_____

ARTHUR D'AMARIO, III,                              :
                                                    :
        Petitioner,                        :     Civ. No. 13-4314 (RBK)
                                                    :
    v.                                             :     **ORDER**
                                                    :
J.T. SHARTLE,                                       :
                                                    :
        Respondent.                        :
_____ :

      For the reasons expressed in the Opinion filed herewith,

      IT IS on this  13th   day of   March , 2014,

      ORDERED that the petition for writ of habeas corpus is denied; however, Claims II and

IV as stated in the Opinion are dismissed without prejudice due to a lack of habeas jurisdiction;

and it is further

      ORDERED that petitioner's motion for immediate release (Dkt. No. 11.) and motion for

a preliminary injunction (Dkt. No. 12.) are denied; and it is further

      ORDERED that the Clerk shall serve the Opinion and Order on petitioner by regular U.S.

Mail; and it is further

      ORDERED that the Clerk mark this case as closed.


                           s/Robert B. Kugler
                           ROBERT B. KUGLER
                           United States District Judge